IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 20-cr-00198-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**4. JEROME GUARDIOLA,**

        Defendant.

---

**DEFENDANT JEROME GUARDIOLA'S MOTION FOR SPECIFIC DISCOVERY, AS TO ANY AND ALL MATERIALS LISTED AND REFERRED TO IN EXPERT DISCLOSURES OF SPECIALIST JEREMY SHEETZ**

---

Defendant, Jerome Guardiola, by and through his counsel, Lisa A. Polansky, Attorney, of Polansky Law Firm, PLLC, hereby moves this Honorable Court for an Order for the Government to provide the materials listed and referred to in the Expert Disclosures of Specialist Sheetz.

Undersigned has conferred with AUSA Brian Dunn and he indicates the Government objects to this Request.

As grounds for his Motion, Mr. Guardiola, by and though his counsel, submits the following:

On April 11, 2023, the Government provided the undersigned with a letter providing notice of expert testimony indicating the following:

"The government intends to tender ATF IOS Jeremy Scheetz as an expert witness in the Hells Angels Motorcycle Club (HAMC)."

"Mr. Sheetz' testimony and opinions are based on his education, training, and experience. **The basis and reasons for his opinions are included in the disclosure**."

Specialist Sheetz provided the Government with what purports to be his Summary of Testimony as an expert witness.[1]

This Summary goes on to outline a number of intelligence gathering operations that Mr. Sheetz has engaged in and indicates he also has been provided intelligence from other agencies and sources. Specifically, he provides as follows:

> ¶5.    …Since 2006, I have communicated on daily basis with other law enforcement officers involved in OMG investigations (including investigations into Hells Angels members, prospects, hangarounds, and associates) around the world. **They share information about their investigations with me, and I evaluate how this information fits into other events involving that OMG**. **They also share photographs of OMG members, including Hells Angels members, prospects, and hangarounds, and we discuss the visual symbols (such as patches or tattoos) that the individual is wearing**. As described below, those symbols can commemorate a specific act that the individual has committed and therefore can be of importance to law enforcement officers, special agents, and intelligence components.

> ¶7.    In addition to participating in criminal investigations, **I also develop intelligence** about OMGs and their supporters by attending and working OMG events, such as parties and runs. I have attended hundreds of OMG events.

> ¶8. When monitoring OMG events, I assist local law enforcement officers in **collecting and analyzing information about attendees, who are frequently members of OMGs.**

> ¶9. During the events, I conduct **overt surveillance by observing, identifying, and photographing OMG members, prospects, hangarounds, and associates. During these events, I also speak to OMG members, prospects, hangarounds, and associates**.

---

[1] This Summary was attached to motion filed herein at ECF Doc.#317, as "**Appendix B**."

2

¶10. During OMG events, I also help staff the event's command center, where **I analyze information being provided by other law enforcement officers conducting overt and covert surveillance, such as photographs or investigative reports documenting the officers' interactions with OMG members**. When law enforcement officers or special agents conduct enforcement actions—such as traffic stops or intervening in violent altercations—they share the information they learn with me. For example, they may report the names of those involved in the altercation, what the OMG members said when interviewed, what weapons the OMG members may have been carrying, and what visual identifiers the OMG members were wearing.

¶13. Through my involvement in investigations, I have listened to jail calls and wire intercepts, **reviewed post-arrest statements, debriefed confidential informants, analyzed evidence, and reviewed documents seized from members of OMGs**. I also regularly review newspaper articles related to OMG violence and OMG investigations, and I regularly speak with other law enforcement officers about ongoing and completed OMG investigations across the world. **Other law enforcement officers share investigative reports and seized evidence with me, and update me on relevant events involving OMGs**. Between my work for investigations, and my participation in monitoring OMG events, I have spoken with hundreds of OMG members, hangarounds, associates, and prospects. Because I regularly attend Hells Angels events, I have spoken to hundreds of Hells Angels members, prospects, hangarounds, and associates.

As is evident in these numerous paragraphs set forth by the Government's own purported "expert", Jeremy Sheetz, intelligence gathering is central to gang investigations, and particularly in this case, as to motorcycle clubs or gangs, and more specifically as to the Hells Angels Motorcycle Club. This material, including photographs, investigative reports, recordings, seized evidence, witness statements, cooperator statements, identifying symbols, associations, etc., is shared between law enforcement agencies to further their investigation into these organizations.

As such, Mr. Guardiola moves this Court for an Order that the Government provide the following to the Defense:

    a. Complete intelligence material (whether or not inside a "file") pertaining to

3

  the Denver, Rocky Mountain, Longmont, Nomads, West Coast, Minneapolis chapters of the Hells Angels Motorcycle Club.

b. Information, emails, recordings, briefings with other agencies regarding the allegations within the Superseding Indictment: Including but not limited to communication between Specialist Sheetz, Agent Pearson and other law enforcement personnel and any and all potential witnesses; Any and all reports, photographs, recordings, or other intelligence material (whether or not in a "file") relied upon for any opinions offered by Specialist Sheetz (or Pearson) in the Expert Disclosure provided to the Defense,

c. Individual files for each of the following members:
 i. Josh Obryan (Named victim)
 ii. Clinton Williams
 iii. Jared Orland
 iv. Dustin Ullerich
 v. Jerome Guardiola
 vi. Peter Baron
 vii. Adam Mulcahy
 viii. Derek Beste
 ix. Jason Sellers
 x. Michael Dire
 xi. William "Kelly" Henderson
 xii. William "Curly" Whitney
 xiii. Justin Wright
 xiv. Dominic Robichaud
 xv. Jimmy Salazar
 xvi. Any witness the Government intends to call that claims association

with Hells Angels Motorcycle Club.[2]

## LEGAL AUTHORITY

The Federal Rules of Criminal Procedure state:  Upon a Defendant's request, the Government must permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, or tangible objects, buildings or places, or copies or portions of any of these items, if the item is within the Government's possession, custody or control and: (a) the item is material to preparing the defense; (2) the Government intends to use the item in its case-in-chief at trial; (3) the item was obtained from or belongs to the defendant. Fed. R. Crim. P 16(a)(1)(E).

Evidence is considered "material to the defense 'if it could be used to counter the government's case or to bolster a defense,' and it is not 'deemed material merely because it would have dissuaded the defendant from proffering easily impeached testimony.'" *United States v. Henderson,* 564 F. App'x 352 (10th Cir. 2014) (unpublished) citing *United States v. Stevens,* 985 F.2d. 1175, 1180 (2d Cir. 1993) (quoted with approval in *United States v. Card,* Fed. App'x 941, 945 (10th Cir. 2002) (unpublished)).  "Evidence is 'material' under if "there is a strong indication that it will play an important role in uncovering admissible evidence, aiding witness preparation, … or assisting impeachment or rebuttal." *United States v. Roybal,* 46 F.Supp. 3d 1127, 1145-46 (D.N.M. 2014, Browning, J.) (quoting *United States v. Graham,* 83 F.3d 1466, 1474 (D.C. Cir. 1996) (internal quotation marks and citations omitted)).

---

[2] While several co-defendants filed a similar motion previously, it was denied based upon the Government's representation to the Court that no such intelligence material or law enforcement files existed. See ECF Doc. #236, #239 and #242, Response at ECF Doc. #248 and Order denying the Motions at ECF Doc. #255 issued on August 16, 2022.

Criminal defendants have a constitutional right to receive certain discovery from the Government. The Due Process clause of the United States Constitution requires that the Government disclose to a defendant any evidence that "is material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution." *Brady v. Maryland,* 373 U.S. 83, 87 (1963). The Supreme Court has extended the Government's obligations of disclosure to include evidence that is useful to the defense in impeaching Government witnesses, even if this evidence is not necessarily exculpatory. *Giglio v. United States,* 405 U.S. 150, 153 (1972).

Further any material in the possession of the Government (or their agents/experts) is subject to discovery when it is relied upon and cited to by the experts in their Summary of Testimony. F.R.E. 705 contemplates that the expert will have to disclose the facts and data underlying his opinion on cross-examination at trial. In a criminal case, disclosure in advance of trial allows for the defense attorney to be effective in the preparation for trial as well as in trial, and without preliminary disclosure, violates Mr. Guardiola's Constitutional Rights to Counsel, to a Fair Trial, to Due Process, to his Right to Confrontation.

## CONCLUSION

WHEREFORE, Mr. Guardiola moves this Honorable Court to order the Government to provide any and all such intelligence materials forthwith.

Dated: April 17, 2023.                                    Respectfully submitted,

s/Lisa A. Polansky
Lisa A. Polansky, Attorney
Polansky Law Firm, PLLC
4999 Pearl East Circle, Suite 201
Boulder, Colorado 80301
(303) 415-2583
lisa@polanskylawfirm.com

6

## CERTIFICATE OF SERVICE

      I hereby certify that on April 17, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all other counsel of record.

                                               s/Lisa A. Polansky