IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00198-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8.  DEREK BESTE

    Defendant.

---

**DEFENDANT DEREK BESTE'S MOTION PURSUANT TO FRE 702 TO EXCLUDE EVIDENCE OF CELL PHONE LOCATIONS AND REQUEST FOR HEARING**

---

Defendant Derek Beste, by and through his attorney, Wade H. Eldridge, respectfully moves this Court, pursuant to Federal Rule of Evidence 702, to exclude evidence regarding cell phone location and tracking in this case, and to hold a hearing so that he may challenge the reliability and admissibility of the government's evidence relating to cell phone locations on particular dates, at particular times and purportedly, at particular locations. As grounds, the following is stated:

1. Pursuant to D.C.COLO.L.cRr 12.1(b), Mr. Beste hereby approves, adopts and incorporates by reference, as if more fully set forth herein, all of the reasons stated, legal arguments advanced and authorities cited and set forth by Dustin Ulrich in his Motion Pursuant to FRE 702 to Exclude Evidence of Cell Phone Locations and Set for a Hearing (found at Doc. No. 313-1, as filed on April 17, 2023

1

WHEREFORE, Derek Beste requests, based on the reasons state, arguments advanced and legal authorities cited in Mr. Ulrich's Motion to Exclude Evidence of Cell Phone Locations and For a Hearing, and the contemporaneously filed attachments thereto, that this Court exclude any evidence regarding cell phone tracking and demonstrative or substantive evidence from the government concerning cell phone tracking in this case, and further request that this Court set this matter for a hearing.

Respectfully submitted on April 18, 2023.

/s/ Wade H. Eldridge

Wade H. Eldridge, #6518
Wade H. Eldridge, P.C.
1471 Stuart Street
Denver, CO 80204
Telephone: (303) 861-4222
E-mail: weldridge@eldridgepclaw.com
*Attorney for Derek Beste*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of April 2023. I electronically filed the foregoing **DEFENDANT DEREK BESTE'S MOTION PURSUANT TO FRE 702 TO EXCLUDE EVIDENCE OF CELL PHONE LOCATIONS AND REQUEST FOR HEARING** with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ *Michelle M. Counce*
Michelle M. Counce