# IN THE UNITED STATE DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00198-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8.  DEREK BESTE

    Defendant.

---

**DEFENDANT DEREK BESTE'S OBJECTIONS TO GOVERNMENT EXPERT DISCLOSURE: KRISTEN KAMERUD, CLARK SMITH AND STEVEN ABRAHAM**

---

Defendant Derek Beste, by and through his attorney, Wade H. Eldridge, objects to the government's proposed expert testimony by Kristen Kamerud, Clark Smith and Steven Abraham as experts in this case pursuant to Federal Rules of Evidence 702, 104, 401, 402 and 403.

As grounds therefore, the following is stated:

1. Pursuant to D.C.COLO.L.cRr 12.1(b), Mr. Beste hereby approves, adopts and incorporates by reference, as if more fully et forth herein, all of the reasons stated, legal arguments advanced and authorities cited and set forth by Peter Baron in his Objection to Government Expert Disclosure: Kristen Kamerud, Clark

1

Smith and Steven Abraham (found at Doc#313, 313-1, 313-2, 313-3, 313-4, and 313-5) as filed on April 17, 2023.

 2. No drugs or illegal weapons were found at Mr. Beste's home.

 3. With reference to the proposed testimony of Clark Smith, there is no evidence that Derek Beste had any knowledge of Mr. Williams' possession of illegal drugs at the time of his arrest, or that Mr. Williams' possession of the drugs was in any way related to the "Enterprise" alleged in the Superseding Indictment (DOC#109). The drugs allegedly held by Mr. Williams are irrelevant to the charges against Mr. Beste herein.

 4. None of the proposed expert testimony from the three witnesses named in Mr. Baron's motion (DOC#314) or its appendices is relevant to Mr. Beste's case. To the extent the government argues otherwise, any relevance is outweighed by the danger of unfair prejudice to Mr. Beste.

Respectfully submitted on April 18, 2023.

        /s/ Wade H. Eldridge

        Wade H. Eldridge, #6518
        Wade H. Eldridge, P.C.
        1471 Stuart Street
        Denver, CO 80204
        Telephone: (303) 861-4222
        E-mail: weldridge@eldridgepclaw.com
        *Attorney for Derek Beste*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of April 2023. I electronically filed the foregoing **DEFENDANT DEREK BESTE'S OBJECTIONS TO GOVERNMENT EXPERT DISCLOSURE: KRISTEN KAMERUD, CLARK SMITH AND STEVEN ABRAHAM** with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

    /s/ *Michelle M. Counce*
    Michelle M. Counce