IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00198-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8.  DEREK BESTE

    Defendant.

---

### DEFENDANT DEREK BESTE'S MOTION FOR SPECIFIC DISCOVERY, AS TO ANY AND ALL MATERIALS LISTED AND REFERRED TO IN EXPERT DISCLOSURES OF SPECIALIST JEREMY SHEETZ

---

Defendant Derek Beste, by and through his attorney, Wade H. Eldridge, respectfully moves this Court for an Order directing the Government to provide the materials listed and referred to in the Expert Disclosures of Specialist Jeremy Sheetz, and as grounds therefore, states:

    1. Pursuant to D.C.COLO.L.cRr 12.1(b), Mr. Beste hereby approves, adopts and incorporates by reference, as if more fully set forth herein, all of the reasons stated, legal arguments advanced and authorities cited and set forth by Jerome Guardiola in his Motion For Specific Discovery, as to any and all materials listed

1

and referred to in disclosures of Specialist Jeremy Sheetz (found at DOC#322), as filed on April 17, 2023.

WHEREFORE, Derek Beste requests, based on the reasons stated, arguments advanced and legal authorities cited in Mr. Guardiola's Motion for Specific Discovery, as to any and all Materials Listed and Referred to In Expert Disclosures of Specialist Jeremy Sheetz.

Respectfully submitted on April 18, 2023.

/s/ Wade H. Eldridge

Wade H. Eldridge, #6518
Wade H. Eldridge, P.C.
1471 Stuart Street
Denver, CO 80204
Telephone: (303) 861-4222
E-mail: weldridge@eldridgepclaw.com
*Attorney for Derek Beste*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of April 2023. I electronically filed the foregoing **DEFENDANT DEREK BESTE'S MOTION FOR SPECIFIC DISCOVERY, AS TO ANY AND ALL MATERIALS LISTED AND REFERRED TO IN EXPERT DISCLOSURES OF SPECIALIST JEREMY SHEETZ** with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ *Michelle M. Counce*

Michelle M. Counce