IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00198-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8.  DEREK BESTE

    Defendant.

**DEFENDANT DEREK BESTE'S MOTION FOR RECONSIDERATION OF RULING (DOC#255) REGARDING MOTION FOR DISCOVERY OF LAW ENFORCEMENT FILES ON THE HELLS ANGELS MOTORCYCLE CLUB**

    Defendant Derek Beste, by and through his attorney, Wade H. Eldridge, respectfully moves this Court to reconsider its ruling (DOC#255) denying as moot his Motion for Discovery of Law Enforcement Files on the Hells Angels Motorcycle Club (DOC#242), and as grounds therefore, states as follows:

As grounds therefore, the following is stated:

    1. Pursuant to D.C.COLO.L.cRr 12.1(b), Mr. Beste hereby approves, adopts and incorporates by reference, as if more fully set forth herein, all of the reasons stated, legal arguments advanced and authorities cited and set forth by Dustin Ulrich in his Motion for Reconsideration of Ruling Regarding Motion for Discovery of Law Enforcement Files on the Hells Angels Motorcycle Club (found

1

at DOC#324, as well as the contemporaneously filed attachment (DOC# 324-1), as filed on April 17, 2023.

Respectfully submitted on April 18, 2023.

/s/ Wade H. Eldridge

Wade H. Eldridge, #6518
Wade H. Eldridge, P.C.
1471 Stuart Street
Denver, CO 80204
Telephone: (303) 861-4222
E-mail: weldridge@eldridgepclaw.com
*Attorney for Derek Beste*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of April 2023. I electronically filed the foregoing **DEFENDANT DEREK BESTE'S MOTION FOR RECONSIDERATION OF RULING (DOC#255) REGARDING MOTION FOR DISCOVERY OF LAW ENFORCEMENT FILES ON THE HELLS ANGELS MOTORCYCLE CLUB** with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ *Michelle M. Counce*
Michelle M. Counce