**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**January 10, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

CLINTON WILLIAMS,

    Defendant - Appellant.

No. 23-1353
(D.C. No. 1:20-CR-00198-CMA-1)
(D. Colo.)

_____

**ORDER**

_____

This matter is before the court on appellant's motion to dismiss the captioned appeal. The motion is granted. The appeal is dismissed pursuant to 10th Cir. R. 42.3.

A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk