<table>
<tr><td></td><td>UNITED STATES DISTRICT COURT</td></tr>
<tr><td></td><td>DISTRICT OF COLORADO<br>UNITED STATES COURTHOUSE<br>901 19th STREET</td></tr>
<tr><td>**CHRISTINE M. ARGUELLO**<br>SENIOR JUDGE</td><td>DENVER, COLORADO  80294<br>(303) 335-2174<br>Christine_M_Arguello@cod.uscourts.gov</td></tr>
</table>

# M E M O R A N D U M

**TO:**     Jeffrey P. Colwell, Clerk
            Attn: Docketing Team

**FROM:**   Judge Christine M. Arguello

**DATE:**   September 17, 2024

**RE:**     20-cr-00198-CMA – USA v. Clinton Williams, *et al.*


Exercising my prerogative as a Senior Judge, I request that this criminal action be reassigned.